UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAEVON MARKELL TURNER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CUS BUTLER, *et al*.,<br><br>                    Defendants. | Case No. C21-5070-TSZ-MLP<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND TIME |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motion to extend time. (Dkt. # 27.) Specifically, Plaintiff requests an extension until January 10, 2022, to afford him time to obtain witness statements and to seek counsel following his release from prison which he expects will occur on or about December 23, 2021. (*Id*.) Defendants oppose Plaintiff's motion, arguing that Plaintiff is essentially seeking to stay proceedings until January 2022, and that he has not shown good cause for such a delay. (Dkt. # 30.)

This Court concurs that Plaintiff has not shown good cause to justify a delay in this proceeding in its entirety until January 2022. Plaintiff filed this action on January 27, 2021, and

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO
EXTEND TIME - 1

he has therefore had many months to seek witness statements and to try to find counsel to represent him in this matter. Plaintiff does not indicate in his motion what, if any, efforts he has made in this regard during the pendency of this case which undermines his request for a lengthy delay. Nonetheless, given Plaintiff's status as a *pro se* litigant, the Court is willing to grant Plaintiff a brief extension of the pretrial deadlines to give him an opportunity to obtain the witness statements he believes he needs and to seek counsel. Based on the foregoing, the Court ORDERS as follows:

(1)     Plaintiff's motion to extend time (dkt. # 27) is GRANTED in part. The discovery deadline is extended to ***November 22, 2021***, and the dispositive motion filing deadline is extended to ***December 22, 2021***.

(2)     The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

Dated this 21st day of October, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO
EXTEND TIME - 2